**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

                                                                                                                     Case No. 09-20272

v.                                                                                      Hon. Lawrence P. Zatkoff

FRANCIS A. SHARRAK,

    Defendant.
_____/

## ORDER DENYING MOTION TO CONTINUE TRIAL

This matter is before the Court on Defendant's motion to continue trial [dkt 24]. Defendant requests a 90-day extension of the July 12, 2010, trial date.

The Court finds that Defendant has not shown good cause for an extension. Moreover, this case has been pending for nearly a year, and the Court has previously granted five extensions in these proceedings, all at the request of Defendant. Therefore, Defendant's motion to continue trial [dkt 24] is DENIED.

    IT IS SO ORDERED.

                                                                     S/Lawrence P. Zatkoff
                                                                     LAWRENCE P. ZATKOFF
                                                                     UNITED STATES DISTRICT JUDGE

Dated: May 25, 2010

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 25, 2010.

                                                S/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290