UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 09-20272

FRANCIS A. SHARRAK,

    Defendant.

                                           /

**ORDER APPOINTING COUNSEL FOR COMPETENCY HEARING**

On January 4, 2011, the court held a hearing to determine whether Defendant Francis A. Sharrak should be evaluated to determine his current competency to proceed *pro se* to sentencing under 18 U.S.C. § 4241. With Defendant's consent and as required by 18 U.S.C. § 4247(d), Defendant was represented at that hearing by attorney Margaret Sind Raben, Defendant's standby advisory counsel. Upon agreement of both Defendant and Raben at the hearing on the motion, the court will appoint Raben as counsel for Defendant in all matters relating to the competency evaluation and hearing. Accordingly,

IT IS ORDERED that attorney Margaret Sind Raben is APPOINTED as counsel for Defendant Francis A. Sharrak in all matters relating to the competency hearing ordered by this court.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 7, 2011, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-20272.SHARRAK.Appoint.Counsel.nkt.wpd