**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 09-20272

FRANCIS A. SHARRAK,

    Defendant.
                                             /

**ORDER EXTENDING TIME FOR PSYCHOLOGICAL EXAMINATION**

On January 11, 2011, the court ordered a psychiatric or psychological examination of Defendant Francis A. Sharrak's competency to proceed *pro se*, pursuant to 18 U.S.C. § 4241.  The court is now in receipt of a letter from the Warden of the Metropolitan Correctional Center in Chicago, Illinois, where Defendant has been transferred for examination, requesting additional time to complete the evaluation.  The letter requests an extension of fifteen days pursuant to 18 U.S.C. § 4247(b).  The court is satisfied that there is good cause to grant additional time for examination and evaluation.  Accordingly,

IT IS ORDERED that the time for psychological examination is EXTENDED for fifteen days, and Defendant Francis A. Sharrak shall remain committed to the custody of the Attorney General for such period pursuant to 18 U.S.C. § 4247(b).

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: February 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-20272.SHARRAK.Extend.Evaluation.nkt.wpd