UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        Case No. 09-20272

FRANCIS A. SHARRAK,

    Defendant.
                                                  /

**ORDER ADJOURNING HEARING AND STAYING SENTENCING DEADLINES**

On June 7, 2011, the court held a hearing on Defendant Francis A. Sharrak's intent to represent himself for purposes of sentencing. Due to Defendant's unexpected movement between facilities and his lack of medication, the court will adjourn the hearing until June 30, 2011, to allow Defendant additional time to consult with attorney Margaret Raben, his advisory counsel. Additionally, the court will stay all other proceeding dates relating to objections to the presentence report, memoranda, and the sentencing hearing. Accordingly,

IT IS ORDERED that the hearing on Defendant's representation during sentencing is ADJOURNED until **June 30, 2011, at 11:00 a.m.**

IT IS FURTHER ORDERED that all other dates previously set in this case are STAYED. A revised schedule will issue upon completion of the adjourned hearing.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: June 10, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 10, 2011, by electronic and/or ordinary mail.

     S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-20272.SHARRAK.Adjourn.Hearing.nkt.wpd