UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 09-20272

FRANCIS A. SHARRAK,

    Defendant.
                                        /

**ORDER SETTING HEARINGS AND SCHEDULE FOR SENTENCING BRIEFS**

On January 3, 2011, the court adjourned the sentencing hearing of Defendant Francis A. Sharrak pending determination of competency to proceed to sentencing *pro se*. (1/3/2011 Order.) The court subsequently found Defendant competent. (5/6/2011 Order.) A hearing to determine whether Defendant still intended to proceed *pro se* under *Faretta v. California*, 422 U.S. 806 (1975), was scheduled and rescheduled due to unforeseeable circumstances. At a hearing held on August 15, 2011, the court granted an adjournment of the *Faretta* hearing until November 17, 2011, to allow Defendant adequate time to confer with standby counsel. The court will now set a new schedule for hearings, objections, motions, trial sentencing memoranda, and sentencing. Accordingly,

IT IS ORDERED that a hearing on Defendant's intent to represent himself shall be reset for **November 17, 2011, at 2:00 p.m.**

IT IS FURTHER ORDERED that objections to the presentence report shall be filed on or before **December 8, 2011**, and responses shall be filed on or before **December 22, 2011**.

IT IS FURTHER ORDERED that any motions for departure or variance shall be filed on or before **January 12, 2012**, and responses shall be filed on or before **January 19, 2012**.

IT IS FURTHER ORDERED that sentencing memoranda shall be filed on or before **January 19, 2012**.

Finally, IT IS ORDERED that a sentencing hearing shall be set for **January 31, 2012, at 2:00 p.m.**

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  August 17, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 17, 2011, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-20272.SHARRAK.Adjourn.Schedule.Sentencing.nkt.wpd